# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-13-00283-CV

**J. D. S., Appellant**

**v.**

**Greg Abbott, Attorney General of the State of Texas, Appellee**

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
NO. D-1-AG-12-001271,
HONORABLE ANGELITA MENDOZA WATERHOUSE, JUDGE PRESIDING

# M E M O R A N D U M   O P I N I O N

Appellant filed a notice of appeal in April 2013. The clerk's record was due on May 24, 2013. Beginning in June 2013, this Court has notified appellant that the clerk's record was overdue and that her appeal would be dismissed if she did not make arrangements for the record or respond to the Court.

This Court received a letter from appellant on August 14, 2013, in which she raises indigence. On August 29, 2013, this Court notified appellant that she had failed to establish indigence, *see* Tex. R. App. P. 20.1(c)(1), and ordered that she had fifteen days to remedy the deficiency, *see id.* R. 20.1(c)(3) (requiring notice to appellant of deficiency and reasonable time to remedy), or to otherwise make arrangements for the clerk's record and to provide adequate notice to this Court of the arrangements. We also advised her that the failure to do so would result in dismissal of this appeal for want of prosecution. *See id.* R. 37.3(b), 42.3(b), (c). Appellant has not

responded to this Court's order.  Accordingly, we dismiss the appeal for want of prosecution.  *See*

Tex. R. App. P. 42.3(b), (c).


_____

Melissa Goodwin, Justice

Before Justices Puryear, Rose, and Goodwin

Dismissed for Want of Prosecution

Filed:   October 4, 2013

2